No. 427, Misc.   SALGADO *v.* CALIFORNIA, *ante,* p. 878;
and

No. 522, Misc.   OUGHTON *v.* MEIER, WARDEN, *ante,*
p. 808.   Petitions for rehearing denied.

No. 282.   EAST BATON ROUGE PARISH SCHOOL BOARD
ET AL. *v.* DAVIS ET AL., *ante,* p. 840.   Petition for rehearing denied.   MR. JUSTICE MARSHALL took no part in the
consideration or decision of this petition.

DECEMBER 4, 1967.

No. 47.   GINSBERG *v.* NEW YORK.   Appeal from App.
Term, Sup. Ct. N. Y., 2d Jud. Dept. (probable jurisdiction noted, 388 U. S. 904); and

No. 64.   UNITED ARTISTS CORP. *v.* CITY OF DALLAS.
Appeal from Ct. Civ. App. Tex., 5th Sup. Jud. Dist.
(probable jurisdiction noted, 387 U. S. 903).   Motion
for leave to file brief of American Civil Liberties Union
et al., as *amici curiae,* granted.   Motion of Authors
League of America, Inc., for leave to file brief, as *amicus
curiae,* in No. 64 granted.   *Osmond K. Fraenkel, Edward
J. Ennis, Melvin L. Wulf* and *Alan H. Levine* for American Civil Liberties Union et al. on the motion urging
reversal in both cases.   *Irwin Karp* for Authors League
of America, Inc., on the motion urging reversal in No. 64.
*N. Alex Bickley* and *Ted P. MacMaster* for the City of
Dallas in opposition to the motions in No. 64.

No. 995, Misc.   IN RE DISBARMENT OF ELLIS.   It is
ordered that John Flather Ellis of Washington, District
of Columbia, be suspended from the practice of law in
this Court and that a rule issue, returnable within forty
days, requiring him to show cause why he should not
be disbarred from the practice of law in this Court.